UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK E. SUNNERGREN,

        Plaintiff,

    v.

DARRIN BRIGHT, et al.,

        Defendants.

Case No. 22-cv-00746 BLF (PR)

**JUDGMENT**

      Plaintiff's request for voluntary dismissal of this action has been granted.  Judgment is entered accordingly.

      The Clerk shall close the file.

      **IT IS SO ORDERED.**

Dated:  __**March 29, 2023**____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.22\00746Sunnergren_judgment